NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT J. LATSCH**,
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, Secretary of Veterans Affairs**,
*Respondent-Appellee.*

---

2010-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1484, Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

MICHAEL P. PASQUALE, McCarter & English, LLP, of Newark, New Jersey, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel was ROBERT C. BIGLER, Trial Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and CHRISTA A. SHRIBER, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and Prost, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


October 7, 2010      /s/ Jan Horbaly
Date                  Jan Horbaly
                       Clerk